UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CHIOFAR GUMMO BEAR,

                Plaintiff,

     v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Defendant.

Case No. C20-1454 RSL

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $400.00 filing fee. Accordingly, Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is GRANTED. However, the Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 29th day of October, 2020.

                                                      MICHELLE L. PETERSON
                                                      United States Magistrate Judge

ORDER - 1