UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CHIOFAR GUMMO BEAR,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>Defendant. | CASE NO. 20-01454-RSL<br><br>ORDER GRANTING UNOPPOSED MOTION TO STAY INITIAL SCHEDULING DATES |

Having reviewed the motion and the representations of counsel, it is hereby ORDERED that:

Defendant U.S. Department of Health and Human Services' Unopposed Motion to Stay Initial Scheduling Dates is GRANTED. Docket #9 is hereby vacated.

DATED this 27th day of January, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO STAY INITIAL
SCHEDULING DATES - 1
20-01454-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970