UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL CHIOFAR GUMMO BEAR,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Cause No. C20-1454RSL<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on "Defendant's Motion to Dismiss." Dkt. # 10. The motion is unopposed and therefore GRANTED. The above-captioned matter is hereby DISMISSED.

Dated this 18th day of March, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1